UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20674-GAYLES(ss)

UNITED STATES OF AMERICA

vs.

LEAH SOLOMON,

_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **LEAH SOLOMON**, are sufficient to prove the guilt of the Defendant of the above-referenced Superseding Indictment:

Co-conspirator testimony and corroborating evidence would show that between January 2013 to about May 2019, a group of individuals conspired together with the Defendant to engage in the sale of diverted prescription pharmaceuticals and monetary transactions. The monetary transactions supported the diverted prescription pharmaceutical and allowed the co-conspirators, including the Defendant, to profit from the scheme.

The Defendant, working under the direction of co-conspirator Mohammad Salemi and in concert with other co-conspirators, sold and shipped diverted prescription pharmaceuticals using interstate carriers, including FedEx among others. Many of the sales and shipments were made to LLC Wholesale Supply LLC, an Arizona corporation whose CEO was co-conspirator Joshua Joles. As part of the scheme, the Defendant also formed corporations, opened and operated bank

1

accounts, and performed money transfers with the knowledge that these actions supported the unlawful conduct.

The money monetary transactions in which the Defendant participated were worth substantially over $10,000 and in fact involved proceeds of mail fraud and wire fraud activities, which were part of the larger trafficking of prescription pharmaceutical scheme. Indeed, millions of dollars passed through the bank accounts used by the Defendant and the Defendant personally obtained at least $1,000,000 as a part of the offense to which she is pleading guilty.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 8/19/21         By: *Walter M. Norkin*
                          WALTER M. NORKIN
                          ASSISTANT U.S. ATTORNEY

Date: 8/12/21         By: ~~PETER HELLER, ESQ~~ ROBERT G. AMSEL, Esq.
                          ATTORNEY FOR DEFENDANT

Date: 8/12/21         By: _____
                          LEAH SOLOMON
                          DEFENDANT

2