**SEALED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR_GAYLES (s)(s)(s)(s)(s)

IN RE: SEALED INDICTMENT

_____/

FILED BY____MP____D.C.

Dec 20, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America hereby moves that the Fifth Superseding Indictment, arrest warrant, this Motion, and any resulting Order be SEALED until the arrest of the added defendant or until further order of this court, excepting the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrants or other sealed documents for purposes of arrest, extradition, or other necessary cause. As grounds therefore, the United States asserts that the defendant may flee, and the integrity of an ongoing investigation and of evidence might be compromised, should knowledge of this indictment become public before he is arrested.

The undersigned Assistant United States Attorney will provide further information in camera at the request of this court.

Date: Dec 15, 2023

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Frank H. Tamen*

Frank H. Tamen
Assistant United States Attorney
Florida Bar No. 261289
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9022 Office
Email: Frank.Tamen@usdoj.gov