# MINUTE ORDER

Page 5

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor    Date: 1/26/24    Time: 1:30 p.m.

Defendant: Boris Arencibia    J#: 60626-004    Case #: 19-CR-20674-GAYLES(s)(s)(s)(s)(s)(SEALED)
AUSA: Frank Tamen    Attorney: Frank Quintero (temp)
Violation: Conspiracy to Commit Money Laundering    Surr/Arrest Date: 1/26/24    YOB: 1973

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant sworn
Advised rights + charges
Case unsealed
Mr. Quintero filed a temp notice of appearance
Parties stip to PTD w/ the right to revisit

Brady Order given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
(Report RE Counsel:)
(PTD)/Bond Hearing:  2/7  10am  Duty
Prelim/(Arraign) or ~~Removal~~:
Status Conference RE:
D.A.R. 13:43:42 / 14:08:34    Time in Court: 9 mins

s/Melissa Damian    Magistrate Judge