UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA

    Defendant.
_____/

**UNOPPOSED MOTION FOR CONTINUANCE OF HEARING SET FOR APRIL 1ST, 2024**

    Defendant, BORIS ARENCIBIA, through undersigned counsel, hereby moves for a continuance of the hearing set for April 1st, 2024 at 10 am on the Defendant's Motion to Re-Open Detention Hearing Pursuant to *18 USC § 3142(f)(2)*. In support the Defendant states as follows:

1. On or about March 15th, 2024, the defendant filed his Motion to Re-Open Detention Hearing Pursuant to 18 USC § 3142(f)(2).

2. On or about March 18th, 2024, the Honorable Judge Darren P. Gayles referred the defendant's motion to this Honorable Court for resolution.

3. On or about March 19th, 2024, this Honorable Court ordered the Government to file a Response to the Defendant's Motion on or before March 25th, 2024.

4. The Government complied with this Cour's order and filed its Response on March 25th, 2024. In it's Response, the Government has raised the issue of a cell phone found in the cell where the defendant was assigned. The Government provided a single report and an email from a member of the FDC staff.



5. The undersigned requested from the Government on March 27th, 2024, a series of records, i.e. (i) FDC-Miami records as to when the defendant was assigned to that unit and that cell number; (ii) FDC-Miami records as to when the cell mate, Oswaldo Gonzalez, was assigned to that unit and that cell number; and (iii) a copy of the digital forensic report of the cell phone seized. The Government advised on March 27th, 2024 that it had no other reports other than the one that it had filed with the Court. Further that the SIS individuals at FDC-Miami were away on training. In addition, the Government advised that it had not begun to "search" the cell phone but they intended to begin searching the phone fairly soon.

6. The undersigned needs the above information to, at a minimum, evaluate the allegations made by the Government. The undersigned has requested that the Government advise if it will produce the items requested voluntarily or whether the undersigned needs to subpoena the FDC-Miami for the records. Th Government has also not advised when it will provide a digital forensic report of the cell phone. AUSA Tamen advised on March 28th, 2024, he will try to get the undersigned the requested documents but cannot advise how long that will take. The undersigned would like to give the Government an opportunity to provide the requested documents before the defense has to initiate subpoena procedures.

7. In addition to the above the undersigned is scheduled for surgery on April 12th, 2024. The recuperation period advised by the surgeon is approximately two (2) weeks. During this time the undersigned will be unable to drive, lift any weight or conduct any physical activity other than taking short steps or short walks.



8. Considering the foregoing, the defense requests a forty-five (45) day continuance to sometime during the week of May 13th, 2024.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 88.9**

On March 27th 2024, the undersigned conferred with AUSA Frank Tamen regarding the substance of this motion. AUSA Tamen advised that the Government does not object to the Court granting this Motion for Continuance.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant the relief requested herein and for any other relief the Court deems fair and just.

Respectfully Submitted,

**QUINTERO BROCHE, P.A.**
*Attorneys for Boris Arencibia*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303
Fax: (305)446-4503

By: */s/ Frank Quintero, Jr.*
    FRANK QUINTERO, Jr.
    FLORIDA BAR NO.: 399167

*CERTIFICATE OF SERVICE TO FOLLOW*



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    Respectfully submitted,

    **QUINTERO BROCHE, P.A.**
*Attorneys for Boris Arencibia*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303
Fax: (305)446-4503


By: */s/ Frank Quintero, Jr.*
    FRANK QUINTERO, Jr.
    FLORIDA BAR NO.: 399167

